MINUTE ENTRY
NORTH, M.J.
DECEMBER 2, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL BATISTE/D/B/A                                       CIVIL ACTION
ARTANG PUBLISHING LLC

VERSUS                                                   NUMBER: 13-5463

FAHEEM RASHEET NAJM, P/K/A                               SECTION: "N"(1)
T-PAIN, ET AL.

## HEARING ON MOTION

COURT REPORTER:   Jodi Simcox

APPEARANCES:      DaShawn Hayes, Greg Latham, Barry Slotnick

MOTION:

(1)    Plaintiff's Motion to Enforce Settlement (Rec. doc. 213).

\_\_\_\_\_ :     Continued to

\_\_\_\_\_ :     No opposition

  1  :       Opposition

## ORDERED

\_\_\_\_\_ :     Dismissed as moot.

\_\_\_\_\_ :     Dismissed for failure of counsel to appear.

\_\_\_\_\_ :     Granted.

  1  :       For the reasons recited in open court, the motion is denied and the case is
             and will remain closed.

_____:   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:15)